United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUTH LEANN PAUL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | ) CIVIL NO. C10-5816-RSL-MAT <br> ) <br> ) ORDER FOR EXTENSION OF <br> ) TIME TO FILE PLAINTIFF'S <br> ) OPENING BRIEF <br> ) <br> ) <br> ) <br> ) |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before May 5, 2011, Defendant's Answering Brief shall be filed on or before June 2, 2011, and Plaintiff's Reply Brief shall be filed on or before June 16, 2011.

DATED this 7th day of April, 2011.

_[signature]_
Mary Alice Theiler
United States Magistrate Judge

Presented by:

S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[«F494»] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226