UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RUTH LEANN PAUL, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No. C10-5816-RSL-MAT <br><br><br> [~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 5, 2011; and
- Plaintiff shall file the Reply Brief on or before July 19, 2011.

This is the parties' 2nd stipulated request for extension. No further extensions will be granted absent extraordinary circumstances.

DATED this <u>1st</u> day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER – [C10-5816-RSL-MAT]

1

2

3

Presented By:

4

s/ Daphne Banay

5   DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney

6   Office of the General Counsel
Social Security Administration

7   701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075

8   Telephone:  (206) 615-2113
Fax:  (206) 615-2531

9   daphne.banay@ssa.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23