UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH LEANN PAUL, | ) |
| | ) CASE NO. C10-5816-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA). (Dkt. 24.) Plaintiff seeks an award of $5,843.37 in attorney's fees and $23.09 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and costs in the amount of $350.00 pursuant to 28 U.S.C. § 1920, for a total award of $6,216.46. Defendant does not object to the request. (Dkt. 26.) Having considered the motion and accompanying documents, the Court finds the request reasonable and recommends that plaintiff's motion (Dkt. 24) be GRANTED, and plaintiff awarded the attorney's fees, expenses, and costs requested. Subject to any offset allowed under the Treasury Offset Program as discussed in *Astrue v. Ratliff*, __ U.S. __, 130 S.Ct. 2521 (2010), payment of the award should be made to plaintiff's attorney. A proposed

REPORT AND RECOMMENDATION
PAGE -1

01 | order accompanies this Report and Recommendation.

02 | DATED this 10th day of February, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2