UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUTH LEANN PAUL, ) | CASE NO. C10-5816-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING EAJA FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court has reviewed the entire record, including plaintiff's motion for attorney's fees (Dkt. 24), defendant's non-opposition thereto, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)  The Court adopts the Report and Recommendation;

(2)  The Court GRANTS plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA). Plaintiff is awarded $5,843.37 in attorney's fees, $23.09 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and costs in the amount of $350.00 pursuant to 28 U.S.C. § 1920, for a total award of $6,216.46; and

/ / /

/ / /

ORDER GRANTING EAJA FEES
PAGE -1

10-CV-05816-APPR

01  (3)  The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02  DATED this 15th day of February, 2012.

_____
ROBERT S. LASNIK
United States District Judge